# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOSE MIGUAL PEREZ, | : | No. 104 MM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF LANCASTER COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.